**Order entered December 29, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01311-CV

### IN THE INTEREST OF J.M.B. AND T.A.D.B., CHILDREN

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-15-0407**

## ORDER

Appellant's motion for extension of time to file her brief is **GRANTED**, and the time for appellant to file her brief is extended to January 18, 2017. No further extensions will be granted absent a showing of extraordinary circumstances.

/s/     LANA MYERS
          JUSTICE